# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELL BLANCO,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>JACOBY, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:20-cv-00050-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 82 |

　　　Before the court is Plaintiff's Motion for Appointment of Interpreter (Spanish Language). (ECF No. 82.) Plaintiff's counsel requests the court appoint an interpreter certified to interpret and to translate from English to Spanish and vice versa, for the settlement conference scheduled on June 28, 2023, at 9:00 a.m.

　　　Good cause appearing, Plaintiff's Motion for Appointment of Interpreter (Spanish Language) (ECF No. 82) is **GRANTED**.  Plaintiff's counsel shall submit an application through the District of Nevada's Attorney Admissions Fund pursuant to the *Pro Bono* Program adopted in Amended General Order 2019-07.

　　　**IT IS SO ORDERED.**

　　　DATED:  May 8, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1