|  |  |
|---|---|
| MICHELL BLANCO,<br><br>   Plaintiff<br><br>v.<br><br>JACOBY, *et al.*,<br><br>   Defendants | Case No. 3:20-cv-00050-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IT IS HEREBY STIPULATED by and between Defendant Alice Jacoby, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Kathleen Bliss, Attorney for Plaintiff Michell Blanco, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 10th day of August, 2023.                DATED this 10th day of August, 2023.
                                                    AARON D. FORD
                                                    Attorney General

*/s/ Kathleen Bliss*
Kathleen Bliss, (Bar No. 7606)
*Attorney for Plaintiff*

*/s/ Victoria C. Corey*
Victoria C. Corey, (Bar No. 16364C)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED August 14, 2023.

_____
Anne R. Traum
United States District Court Judge